IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALEX JACQUEKEFFEE CARTER, #63956**            **PLAINTIFF**

**VERSUS**            **CIVIL ACTION NO. 1:10-cv-416-LG-RHW**

**MARK JOSEPH, et al.**            **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date, incorporated herein by reference, it is hereby,

**ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed with prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  Therefore, this dismissal will count as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the 19th day of January, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE